AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| NORGLE, CHARLES R. | U.S. DISTRICT COURT | 07/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT COURT, ACTIVE | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br>5b. ☐ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
STE 2346
CHICAGO, IL 60604-1844

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | ADJUNCT FACULTY | NORTHWESTERN SCHOOL OF LAW |
| 2. | ADJUNCT FACULTY | THE JOHN MARSHALL LAW SCHOOL |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | NORTHWESTERN UNIVERSITY SCHOOL OF LAW | $4,000.00 |
| 2. | 2016 | THE JOHN MARSHALL LAW SCHOOL | $18,000.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | ELMHURST COLLEGE - WAGES |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **NORGLE, CHARLES R.** | 07/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CHASE CREDIT CARD | CONSUMER CREDIT | J |
| 2. BANK OF AMERICA CREDIT CARD | CONSUMER CREDIT | J |
| 3. CITIBANK CREDIT CARD | CONSUMER CREDIT | J |
| 4. AMERICAN EXPRESS CREDIT CARD | CONSUMER CREDIT | J |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| NORGLE, CHARLES R. | 07/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CHINA TECHNOLOGY GLOBAL | | None | J | T | | | | | |
| 2. SUPPORTSAVE SOLUTIONS | | None | J | T | | | | | |
| 3. DEUTSCHE BANK AG | | None | K | T | | | | | |
| 4. RESEARCH IN MOTION | | None | K | T | | | | | |
| 5. GENERAL STEEL HOLDINGS | | None | | | Sold (part) | 02/04/16 | K | | |
| 6. GENERAL STEEL HOLDINGS | | None | L | T | Buy (add'l) | 12/23/16 | J | | |
| 7. JAGUAR ANIMAL HEALTH, INC. | | None | | | Sold (part) | 06/17/16 | K | | |
| 8. JAGUAR ANIMAL HEALTH, INC. | | None | L | T | Buy (add'l) | 12/20/16 | J | | |
| 9. JAGUAR ANIMAL HEALTH, INC. | | None | J | T | Buy (add'l) | 12/28/16 | J | | |
| 10. SCHWAB ACCOUNT - SPOUSE - PIMCO CORPORATE OPPORTUNITY | A | Dividend | J | T | | | | | |
| 11. SCHWAB ACCOUNT - SPOUSE - AT&T, INC. | A | Dividend | J | T | | | | | |
| 12. SCHWAB ACCOUNT - SPOUSE - GENERAL MOTORS CO. | A | Dividend | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| NORGLE, CHARLES R. | 07/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII  LINES 5 AND 6

GENERAL STEEL HOLDINGS, INC.

IN 2016 7,500 SHARES WERE SOLD IN FEBRUARY AND  1,500 SHARES WERE PURCHASED IN DECEMBER.

TOTAL SHARES HELD AT 12/31/2016 WERE 26,700 WITH A MARKET VALUE OF $75,666.

PART VII  LINES 7-9

JAGUAR ANIMAL HEALTH, INC.

IN JUNE, 2016  2,650 SHARES WERE SOLD. AT SEVERAL DATES IN DECEMBER, 2016  2,103 SHARES WERE PURCHASED AND ON 12/28/2016 AN ADDITIONAL 1,497 SHARES WERE PURCHASED WHICH SETTLED ON 1/3/2017.  TOTAL SHARES HELD AT 12/31/2016 WERE 18,900 WITH A MARKET VALUE  OF  $68,301.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ CHARLES R. NORGLE**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544